An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER BERNEY,
Appellant,
vs.
HAI YAN LIAO,
Respondent.

No. 65967

**FILED**

AUG 19 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Our review of the documents before us on appeal reveals a jurisdictional defect. Before filing his notice of appeal from the underlying divorce decree, appellant filed a motion for reconsideration, which tolls the time for filing a notice of appeal from that decree. *See AA Primo Builders, LLC v. Washington,* 126 Nev. ___, ___, 245 P.3d 1190, 1192-93 (2010) (recognizing that a timely post-judgment motion for reconsideration that seeks a substantive change to the judgment tolls the time to file a notice of appeal). To date, this motion has not been resolved by the district court. As a result, appellant's notice of appeal is premature, *see* NRAP 4(a)(6), and fails to confer jurisdiction on this court. Accordingly, we order this appeal dismissed.

It is so ORDERED.[1]

_____, J.
Hardesty

_____, J.        _____, J.
Douglas                             Cherry

--------

[1]In light of this order, we deny as moot all requests for relief pending in this appeal.

14-27244

cc:    Hon. Bill Henderson, District Judge, Family Court Division
Peter Berney
Hai Yan Liao
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A